WILBORN & ASSOCIATES, P.C., ATTORNEYS AT LAW
TIM WILBORN — OSB # 94464
twilborn@mindspring.com
2020-C SW 8th Avenue, PMB # 294
West Linn, Oregon 97068
Voice: (503) 697-7019
Fax: (503) 697-7153
  Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

KRISTY CRONIN,                                            CV # 05-1245-JO

     Plaintiff,

vs.                                                      ORDER

COMMISSIONER of Social Security,

     Defendant.

_____

     Attorney fees in the amount of $6,342.50 are hereby awarded to Plaintiff's counsel, Tim

Wilborn, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). The check shall be sent

to Tim Wilborn's address, above. *Motion # 35 for award of fees is granted.*

     DATED this 20th day of _____Dec_____, 2006.

                                    _____
                                    United States District Judge

Submitted on December 14, 2006 by:

/s/ Tim Wilborn, OSB # 94464
(503) 697-7019
  Attorney for Plaintiff

ORDER - Page 1